UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert, U.S.M.J. |
| v. | : | Crim. No. 13-349 (MAS) |
| LEONARD ARRINGTON | : | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Alexander E. Ramey, Assistant United States Attorney, appearing) for an order pursuant to Fed. R. Crim. P. 32.1(a)(6) and Title 18, United States Code, Section 3143 to detain the defendant in the above-entitled matter; and the defendant, Leonard Arrington (through counsel, Lisa Van Hoeck, Assistant Federal Public Defender), having consented to detention and reserved his right to seek prehearing release at a later date; for the reasons stated on the record and for good cause shown:

IT IS, therefore, on this 26th day of September, 2023,

ORDERED, pursuant to Fed. Crim. R. 32.1 and Title 18, United States Code, Section 3143, that the defendant, Leonard Arrington, be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to the defendant's

1

right to seek prehearing release pursuant to Fed. Crim. R. 32.1 and Title 18, United States Code, Section 3143, at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

2